Opinion by JOHNSON, J.    In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 64472.—Leading Forwarders, Inc., et al. v. United States, protests 58/11279, etc.  (New York).

Opinion by JOHNSON, J.    In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiffs was sustained.

No. 64473.—Alfred H. Marzolf v. United States, protests 312689–K, etc. (Seattle).

Opinion by DONLON, J.    In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64474.—Swift & Company v. United States, protest 330066–K (Niagara Falls).

Opinion by DONLON, J.    In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64475.—Wm. A. Hausman Co., Inc. v. United States, protest 58/10083 (Seattle).

Opinion by DONLON, J.    In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material